IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| PATSY CLINE ENTERPRISES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:21-cv-00518 |
| MARK BAYLISS and VISUAL LINK INTERNET, L.C., | ) District Judge William L. Campbell<br>) Magistrate Judge Jeffery S. Frensley |
| Defendants. | ) JURY DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties do hereby stipulate to the dismissal of this action with prejudice. All matters at issue have been settled and resolved, and the parties stipulate to the entry of an order from this Court dismissing this action with prejudice.

Respectfully submitted,

/s Jacob Clabo
Jay S. Bowen, TN BPR No. 2649
Lauren Spahn, TN BPR No. 32377
Jacob Clabo, TN BPR No. 36760
Shackelford Bowen McKinley & Norton, LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel: (615) 329-4440
Fax: (615) 329-4485
jbowen@shackelford.law
lspahn@shackelford.law
jclabo@shackelford.law

*Attorneys for Plaintiff Patsy Cline Enterprises, LLC*

_____
Mark Bayliss, *pro se*
Visual Link, L.C.
2308 Middle Road
Winchester, Virginia 22601
Mbayliss@outlook.com

## CERTIFICATE OF SERVICE

I, Jacob Clabo, hereby certify that a true and accurate copy of *Stipulation of Dismissal* was served via electronic and U.S. Mail, postage prepaid, on September 13, 2021, to:

Mark Bayliss, *pro se*
Visual Link, L.C.
2308 Middle Road
Winchester, Virginia 22601
Mbayliss@outlook.com

/s Jacob Clabo